# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155983(94)


DODA NICAJ and AGA NICAJ,
          Plaintiffs-Appellees,
and

DETROIT MEDICAL CENTER and WAYNE
STATE UNIVERSITY PHYSICIANS GROUP,
          Intervening-Plaintiffs-Appellees

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
          Defendant-Appellee.
and

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, d/b/a TRAVELERS
INSURANCE COMPANY,
          Defendant-Appellant.
_____/

SC:  155983
COA:  329486
Wayne CC:  13-014246-NF

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on July 25, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2017



Clerk